_Mustafa Nabeel Hussein / T566677_
Name and Prisoner/Booking Number

_4th Ave Jail Maricopa County_
Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, AZ 85009
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

FILED ✓    LODGED ___
RECEIVED ___    COPY ___

APR 1 4 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY                              DEPUTY

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE _LRCWP 5.4_
                          (Rule Number/Section)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

_Mustafa Nabeel Hussein_ ,
(Full Name of Plaintiff)

                    Plaintiff,

v.

(1) _Taurus Holding Inc_ ,
(Full Name of Defendant)

(2)_____ ,

(3)_____ ,

(4)_____ ,

                    Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. **CV22-00617-PHX-DGC--CDB**

(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A.   JURISDICTION

1.   This Court has jurisdiction over this action pursuant to:
     ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
     ☐ 28 U.S.C. § 1331; _Bivens v. Six Unknown Federal Narcotics Agents_, 403 U.S. 388 (1971).
     ☑ Other: _A.R.S. §12-714. Actions against Firearm Manufacturers / A.R.S. §12-681. Product liability action._

2.   Institution/city where violation occurred: _City of Chandler, Arizona_

**550/555**

## B.   DEFENDANTS

1.   Name of first Defendant: _Taurus Holding Inc_____. The first Defendant is employed
as:_____ at _Taurus Holding Inc_____.
                (Position and Title)                             (Institution)

2.   Name of second Defendant:_____. The second Defendant is employed as:
as:_____ at _____.
                (Position and Title)                          (Institution)

3.   Name of third Defendant:_____. The third Defendant is employed
as:_____ at _____.
                (Position and Title)                          (Institution)

4.   Name of fourth Defendant:_____. The fourth Defendant is employed
as:_____ at _____.
                (Position and Title)                          (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C.   PREVIOUS LAWSUITS

1.   Have you filed any other lawsuits while you were a prisoner?   ☑Yes   ☐ No

2.   If yes, how many lawsuits have you filed? _1_. Describe the previous lawsuits:

   a.   First prior lawsuit:
       1.   Parties: _Hussein_____ v. _State of Arizona_
       2.   Court and case number: _CV-02013-DGC-CDB_
       3.   Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?) _it is still Pending_

   b.   Second prior lawsuit:
       1.   Parties:_____ v. _____
       2.   Court and case number:_____
       3.   Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____

   c.   Third prior lawsuit:
       1.   Parties:_____ v. _____
       2.   Court and case number:_____
       3.   Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D.   CAUSE OF ACTION

### COUNT I

1.   State the constitutional or other federal civil right that was violated: _wrongful death due To a mechanical defect in Taurus firearm._

2.   **Count I.** Identify the issue involved.   Check **only one.**   State additional issues in separate counts.

☐ Basic necessities     ☐ Mail     ☐ Access to the court     ☐ Medical care
☐ Disciplinary proceedings     ☐ Property     ☐ Exercise of religion     ☐ Retaliation
☐ Excessive force by an officer     ☐ Threat to safety     ☑ Other: _wrongful death_

3.   **Supporting Facts.** State as briefly as possible the FACTS supporting Count I.   Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_On July 14, 2019 My wife died as a result of an unintentional firing of My Taurus PT 92 9mm semi automatic Pistol, a Taurus guns now understood to be defective as admitted To by the manufacturer Taurus Holding Inc., firing when dropped, bumped or shaken. This it did happened while having it sat flat in My hand, without my finger on the Trigger, as witnessed by my mother-in-law and Father-in-law and testified To by my mother-in-law during a 2nd degree murder Trial, for which I was ultimately convicted of negligent homicide. I didn't know the gun was faulty until after my wife died, and when the state gun expert Test result came back as 3 lb single action Trigger Pull and 3 lb double action Trigger Pull, and the Taurus manufacturer specification shows 6 lb single action Trigger Pull and 9.75 lb double action Trigger Pull._

4.   **Injury.**   State how you were injured by the actions or inactions of the Defendant(s).

_My wife died from one shot from this defective gun and her death is an injury, and I'm losing a significant Period of My life, years, because responsibility For her death was in Part was described To me. I disagree. My wife would be alive Today if this gun wasn't defective._

5.   **Administrative Remedies:**
    a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☐ Yes ☑ No
    b.   Did you submit a request for administrative relief on Count I?     ☐ Yes ☑ No
    c.   Did you appeal your request for relief on Count I to the highest level?     ☐ Yes ☑ No
    d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _N/A_

**COUNT II**

1. State the constitutional or other federal civil right that was violated: _____
_____

2. **Count II.** Identify the issue involved.  Check **only one**.   State additional issues in separate counts.

    ☐ Basic necessities       ☐ Mail       ☐ Access to the court     ☐ Medical care
    ☐ Disciplinary proceedings    ☐ Property     ☐ Exercise of religion    ☐ Retaliation
    ☐ Excessive force by an officer  ☐ Threat to safety   ☐ Other:_____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____

5. **Administrative Remedies.**
    1. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☐ Yes   ☐ No
    2. Did you submit a request for administrative relief on Count II?     ☐ Yes   ☐ No
    3. Did you appeal your request for relief on Count II to the highest level?   ☐ Yes   ☐ No
    4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____

4

**COUNT III**

1.   State the constitutional or other federal civil right that was violated: _____
_____

2.   **Count III.**  Identify the issue involved.  Check **only one**.  State additional issues in separate counts.

☐ Basic necessities            ☐ Mail              ☐ Access to the court        ☐ Medical care
☐ Disciplinary proceedings     ☐ Property          ☐ Exercise of religion       ☐ Retaliation
☐ Excessive force by an officer ☐ Threat to safety  ☐ Other:_____

3.   **Supporting Facts.**  State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4.   **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____

5.   **Administrative Remedies.**
   1.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                                    ☐Yes      ☐No
   2.   Did you submit a request for administrative relief on Count III?              ☐Yes      ☐No
   3.   Did you appeal your request for relief on Count III to the highest level?     ☐Yes      ☐No
   4.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

## E.   REQUEST FOR RELIEF

State the relief you are seeking:

*I am asking For Personal damages $2,500,000 million dollars, and For Punitive damages $5,000,000 dollars.*

*respectfully yours.*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   *April 5, 2022*
                          DATE

*Mustafa Nabeel Hussein U.C.C.1-308*
SIGNATURE OF PLAINTIFF

*N/A*
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

*N/A*
(Signature of attorney, if any)

*N/A*
(Attorney=s address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

h

# INMATE LEGAL REQUEST
## Petición Legal Para Recluso

# OF PAGES ATTACHED:
8

Last Name (Apellido) _Hussein_   First Name (Primer Nombre) _Mustafa_

Booking # (Numero de Registro) _T566677_   Date of Birth (Fecha de Nacimiento) _9/27/1982_

Jail (Cárcel) _4th Ave_   House (Casa) & Cell (Celda) _3D210_   Current Date (Fecha de Hoy) _4/5/2022_

☐ PRO-PER   -
☑ PRO-SE

Criminal CR # _____
(# Del Caso Criminal)

Justice/Municipal Court # _____
(# Justicia/Tribunal Municipal)

CR Attorney _____
(Abogado Defensor Del Caso Criminal)

Civil Action/AZ Superior Court CV # _____
(# Del Caso Civil/AZ Tribunal Superior)

Civil Rights/USDC # _____
(# Del Caso De Derechos Civiles)

Child Support Case DR/FN/FC # _____
(# Del Caso De Manutención De Los Hijos)

## CHECK APPROPRIATE BOX (MARQUE LA OPCIÓN APROPIADA)

**Inmate Legal Request (Petición Legal para Recluso):**

☑ Court Filings (Archivar)
☑ Delivery of Documents (Entregar)
☐ Legal Supplies (Artículos Legales)
☐ Legal Research (Investigación Legal)

☐ Legal Forms (Formularios Legales)
☑ Mailing (Envío Por Correo)
☐ Notary-specify type of document
_____(Notario)

**I.L.S.**
REC'D   APR 0 6 2022
RET'D   Apr 6, 2022

## PRINT ONLY (IMPRIMA SOLAMENTE) AND PRINT CLEARLY (ESCRIBA CLARAMENTE)
Please explain your request or questions (Por favor de explicar su solicitud o preguntas). No more than five (5) requests per request form (No más de cinco (5) peticiones por forma de petición para recluso).

1) _Can you Complet The Forma Pauperis and send This Civil Complaint To The_
2) _U.S. District Court Clerk at 401 W. Washington St, SPC 10, Suite 130_
3) _Phoenix, AZ 85003_
4) _Can you send me a Copy back Please Thanks_
5) _____

Inmate's Signature (Firma del Recluso) _____

Officer's Signature & Serial # _Pedrova A8100_

Time and Date Rec'd _0720 4-6-22_

### DO NOT WRITE BELOW THIS LINE – FOR I.L.S. USE ONLY
### (NO ESCRIBA DEBAJO DE ESTA LINEA – PARA USO EXCLUSIVO DE LA OFICINA DE ILS)

Clarify request. ILS will not file any claims/complaints against a private party; you may mail it to the court yourself or release it to your family members to file it for you.

| Action | Returned – 8 page(s) |
|---|---|
| Document | Civil rights complaint by a prisoner packet |
| Where | I/M |
| Party | |

5000-060   R5/19   96636-212

B045